**Order filed September 21, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00365-CV
_____

## IN THE INTEREST OF S.I.O., A MINOR CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2015-46284**

## O R D E R

The brief of appellant S.I.O., the father of the child at issue in this case, was due September 11, 2017**.** No brief or motion for extension of time has been filed.

Unless S.I.O. files a brief with this court on or before **October 11, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM